IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| R. FLOYD ASHER,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>QUICKEN LOANS, INC.,<br><br>　　　　　　　Defendant. | **ORDER CLOSING CASE**<br><br>Case No. 2:17-cv-1203<br><br>District Judge Jill N. Parrish |

　　　　On January 8, 2019, the court dismissed plaintiff R. Floyd Asher's complaint without prejudice, and granted Mr. Asher 21 days to amend his complaint. (ECF No. 29). No amendment has been filed, and the deadline for amendment has passed.

　　　　The court instructs the clerk of court to close the case.

Signed February 8, 2019

　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Jill N. Parrish
　　　　　　　　　　　　　　　　　　　United States District Court Judge